# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

LUZ MEJIA and ALMINDA CHAVARRO,

       Plaintiffs,

vs.                                       CASE NO. 6:07-CV-703-ORL-19GJK

D&A BUILDING SERVICES, INC.,

       Defendant.

_____

## ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 68, filed September 23, 2009). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 68) is **ADOPTED and AFFIRMED.** The Renewed Joint Amended Motion for Approval of Settlement and to Enter Stipulated Order Approving Settlement and Supporting Memorandum of Law (Doc. No. 65, filed August 27, 2009) is **GRANTED.** The settlement is hereby **APPROVED** to the extent that parties' settlement is a fair and reasonable resolution of a bona fide dispute of the FLSA issues. This case is **DISMISSED WITH PREJUDICE**, and the Clerk of the Court is directed to close this file.

**DONE AND ORDERED** at Orlando, Florida, this   5th   day of October, 2009.

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record